Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, California 90038
Telephone: 323.962.3777
aharris@harrisandruble.com
atreanor@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Ave., Suite 2
Mill Valley, California 94941
Telephone: 415.388.8788
dsh@northbaylawgroup.com

Attorneys for Plaintiff
CRISTINO DIZON

John C. Kloosterman (SBN 182625)
Kai-Ching Cha (SBN 218738)
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940

Attorneys for Defendants
ITO, INCORPORATED and TONNY
SOESANTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINO DIZON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ITO, INCORPORATED doing business as KIKKA, a California Corporation, and TONNY SOESANTO, an individual, and Doe 1 through and including Doe 10,<br><br>Defendants. | Case No. 3:10-CV-00239-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE ON MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Assigned to the Honorable Jeffrey S. White, Courtroom 11 |

1

JOINT STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE ON MOTION FOR FINAL

Plaintiff Cristino Dizon ("Plaintiff") and Defendants Ito, Incorporated doing business as Kikka and Tonny Soesanto (jointly, "Defendants") (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

WHEREAS, on October 29, 2010, the Court granted Conditional Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Appointment of Claims Administrator [Docket No. 22] ("Preliminary Approval Order") and in that Preliminary Approval Order held that:

> A hearing on the question of whether the proposed Settlement should be finally approved as fair, reasonable, and adequate as to the members of the Settlement Classes, including its provisions for payment to named Plaintiff Cristino Dizon, and on Plaintiff's Motion for Award of Attorneys' Fees and Costs shall be scheduled by stipulation of the parties and approval by the Court ("Final Approval Hearing").

(Preliminary Approval Order ¶ 8.)

NOW THEREFORE, it is stipulated by the parties that:

The Final Approval Hearing shall be scheduled on April 8, 2011, at 9:00 a.m. in Courtroom 11 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: November 9, 2010

HARRIS & RUBLE

/s/ Alan Harris
Alan Harris
Abigail Treanor
Attorneys For Plaintiff CRISTINO DIZON

2
JOINT STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE ON MOTION FOR FINAL

DATED: November 9, 2010

NORTH BAY LAW GROUP

_____
David S. Harris
Attorney For Plaintiff CRISTINO DIZON

LITTLER MENDELSON

_____
John C. Kloosterman
Kai-Ching Cha
Attorneys for Defendants ITO, INCORPORATED and TONNY SOESANTO

#### [PROPOSED] ORDER

Based on the foregoing, the Court hereby sets for hearing the Motion for Final Approval of Class-Action Settlement and Motion for Award of Attorneys' Fees and Costs on April 8, 2011, at 9:00 a.m. in Courtroom 11 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
The Honorable Jeffrey S. White
United States District Court
Northern District of California